JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NANCY HERNANDEZ WHITE,

Plaintiff,

v.

WALMART INC., JOHN DOE 1, and DOES 2 through 50, Inclusive,

Defendant.

CASE NO.: 5:26-cv-04164-MRA (DTBx)

**ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT [15]**

Courtroom: 9B
District Judge: Hon. Monica Ramirez Almadani
Magistrate Judge: Hon. David T. Bristow
Trial Date: Not Assigned

TO THE PARTIES:

Based upon the Stipulation of the Parties, this matter is remanded back to San Bernardino County Superior Court, Case No. CIVSB2535694.

**IT IS SO ORDERED.**

Dated: November 4, 2026

Hon. Mónica Ramírez Almadani
United States District Judge